*General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 816. MARZANI *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari granted. *Osmond K. Fraenkel* and *Allan R. Rosenberg* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 567, Misc. TURNER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari granted. *Edwin P. Rome* and *Clinton Budd Palmer* for petitioner.

No. 584. UNITED STATES EX REL. ACKERMANN *v.* O'ROURKE, OFFICER IN CHARGE; and

No. 585. UNITED STATES EX REL. ACKERMANN *v.* O'ROURKE, OFFICER IN CHARGE. C. C. A. 5th. Certiorari denied. *George C. Dix* and *E. M. Grimes* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondent. Reported below: 164 F. 2d 95.

No. 796. MASON *v.* MERCED IRRIGATION DISTRICT. C. C. A. 9th. Certiorari denied.

No. 797. REYNOLDS METALS Co. *v.* SKINNER ET AL. C. C. A. 6th. Certiorari denied. *Walter L. Rice* for petitioner. *Leo T. Wolford* for respondents.

Nos. 802 and 803. DEBARDELEBEN COAL CORP. *v.* OTT, COMMISSIONER OF PUBLIC FINANCE. C. C. A. 5th. Cer-